IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL B. HURLBUT                                                                                PLAINTIFF

v.                                        Civil No. 6:19-CV-06106

LIEUTENANT ADAM CLARK, *et. al.*                                                      DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

On October 6, 2019, a Suggestion of Death upon the record was filed in *Hurlbut v. Correct Care Solutions, LLC*, No. 6:18-cv-06016. The Suggestion of Death indicates Plaintiff died on September 28, 2019; this date was confirmed through research by the Court.

As this case has not yet been served, the Court now takes judicial notice of Plaintiff's death for this case. *See Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007) (the Court may take judicial notice of public records).

IT IS SO ORDERED this 9th day of October 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE