IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL B. HURLBUT                                                                                    PLAINTIFF

v.                                      Case No. 6:19-cv-6106

LIEUTENANT ADAM CLARK, et. al.                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 23, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that Plaintiff's case be dismissed because Plaintiff is deceased and no successor in interest or personal representative has filed a motion to substitute as required by Federal Rule of Civil Procedure 25(a)(1). The Court finds this matter ripe for consideration.

No objections to the Report and Recommendation have been filed, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds no clear error in the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Plaintiff's Complaint should be and hereby is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of February, 2020.

                                                       /s/ Susan O. Hickey
                                                     Susan O. Hickey
                                                     Chief United States District Judge